834    SUPREME COURT OF GEORGIA.

Ryal, executor, *vs.* Morris—Trippe *vs.* The City of Atlanta.

RYAL, executor, *vs.* MORRIS.

1. A partial payment of a promissory note, to relieve it of the bar of the statute of limitations, must be entered by the debtor or some one authorized by him to do so ; but the creditor is incompetent for that purpose.  Code, §2935.

2. That a debtor insisted upon having certain land-lines located before paying the note given by him for the purchase money of such land, and the creditor thereupon waited until the note was barred by the statute of limitations, will not relieve the bar of the statute, the note itself being absolute and containing no condition in regard to lines.

SPEER, Justice, concurred *dubitante.*

CRAWFORD, Justice.

TRIPPE *vs.* THE CITY OF ATLANTA.

A declaration sought to recover damages from a municipal corporation.  It alleged the following facts : Plaintiff was riding along one of the streets of the city when his horse became frightened and ran away.  Plaintiff succeeded in stopping him, when he began to kick against the dash-board, and plaintiff sprang from the buggy.  The street for some distance in that vicinity was in very bad condition, and had been so for a considerable time, and the city had notice of the fact ; there were deep and ragged gullies washed in the street and in the bottom of one of them was a deep and narrow rut ; into this plaintiff's foot slipped, and being unable to keep his equipoise, he fell, his leg was broken and he was badly injured.  The injury would not have resulted but for the gully which defendant's negligence allowed to remain in its street, and was exclusively and wholly caused thereby :

*Held,* that the allegations of the declaration made a *prima facie* case, and it was not demurrable.  Dillon on Mun. Corps., §§1007, 1015, 1019 (3d ed.); 50 *Ga.*, 544 ; 60 *Ib.*, 474.

SPEER, Justice.